# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NGM Services, Inc. | § | Case No. 15-22048 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 3,621.00                          Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  20,594.80        Claims Discharged
                                                    Without Payment:  803,651.69

Total Expenses of Administration:  3,750.04

---

3) Total gross receipts of $ 24,344.84  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 24,344.84  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,750.04 | 3,750.04 | 3,750.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 67,685.12 | 67,685.12 | 20,594.80 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 756,561.37 | 756,561.37 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 827,996.53 | $ 827,996.53 | $ 24,344.84 |

4) This case was originally filed under chapter 7 on 06/25/2015. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/13/2017            By:/s/GREGG SZILAGYI
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE - ARCHITECHTURAL RENOVATION | 1121-000 | 254.00 |
| ACCOUNTS RECEIVABLE - G&H DEVELOPERS CORPORATION | 1121-000 | 8,238.00 |
| ACCOUNTS RECEIVABLE - VINCE CAINKAR | 1121-000 | 13,296.00 |
| BANK ACCOUNT - byline bank acct no xxxxxx4248 | 1129-000 | 1,556.84 |
| VEHICLE - 1995 DODGE RAM | 1129-000 | 1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$24,344.84** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GREGG SZILAGYI | 2100-000 | NA | 3,184.48 | 3,184.48 | 3,184.48 |
| GREGG SZILAGYI | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| Associated Bank | 2600-000 | NA | 565.56 | 565.56 | 565.56 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,750.04 | $ 3,750.04 | $ 3,750.04 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Chicago Painters & Decorators Fringe Benefit Funds | 5400-000 | NA | 60,292.45 | 60,292.45 | 20,594.80 |
| 4 | Illinois Department Of Employment Security | 5800-000 | NA | 546.86 | 546.86 | 0.00 |
| 1 | Internal Revenue Service | 5800-000 | NA | 6,845.81 | 6,845.81 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ 67,685.12 | $ 67,685.12 | $ 20,594.80 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Chicago Painters & Decorators Fringe Benefit Funds | 7100-000 | NA | 752,651.85 | 752,651.85 | 0.00 |
| 4 | Illinois Department Of Employment Security | 7100-000 | NA | 49.98 | 49.98 | 0.00 |
| 2 | The Sherwin Williams Co. | 7100-000 | NA | 3,859.54 | 3,859.54 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ NA | $ 756,561.37 | $ 756,561.37 | $ 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 15-22048 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | GREGG SZILAGYI |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | NGM Services, Inc. | | | | Date Filed (f) or Converted (c): | 06/25/2015 (f) |
| | | | | | 341(a) Meeting Date: | 08/10/2015 |
| For Period Ending: | 06/13/2017 | | | | Claims Bar Date: | 11/12/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNT - byline bank acct no xxxxxx4248 | 2,000.00 | 2,000.00 | | 1,556.84 | FA |
| 2. ACCOUNTS RECEIVABLE - VINCE CAINKAR | 13,296.00 | 21,788.40 | | 13,296.00 | FA |
| 3. ACCOUNTS RECEIVABLE - G&H DEVELOPERS CORPORATION | 8,238.00 | 8,238.00 | | 8,238.00 | FA |
| 4. ACCOUNTS RECEIVABLE - ARCHITECHTURAL RENOVATION | 254.40 | 254.40 | | 254.00 | FA |
| 5. VEHICLE - 1995 DODGE RAM | 1,594.00 | 1,594.00 | | 1,000.00 | FA |
| 6. VEHICLE - 2010 FORD EXCURSION | 3,621.00 | 21.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $29,003.40 | $33,895.80 | $24,344.84 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR TO BE FILED BEFORE 12-31-2016.


Initial Projected Date of Final Report (TFR): 09/01/2016     Current Projected Date of Final Report (TFR): 01/31/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-22048 | Trustee Name: | GREGG SZILAGYI |
| Case Name: | NGM Services, Inc. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX2898 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1988 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/13/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/29/15 | 2 | BURBANK MANOR LTD II<br>6215 W 79TH STREET SUITE 2A<br>BURBANK, IL 60459 | A/R PAYMENT | 1121-000 | $13,296.00 | | $13,296.00 |
| 07/29/15 | 4 | ARCHITECTURAL RENOVATIONS LLC<br>5335 136TH PL<br>CRESTWOOD, IL 60445 | A/R PAYMENT | 1121-000 | $254.00 | | $13,550.00 |
| 07/29/15 | 1 | NGM SERVICES INC | Balance of bank account | 1129-000 | $1,556.84 | | $15,106.84 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $15,096.84 |
| 08/12/15 | 3 | G&H DEVELOPERS CORPORATION | A/R PAYMENT | 1121-000 | $8,238.00 | | $23,334.84 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.34 | $23,304.50 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.53 | $23,270.97 |
| 10/15/15 | 5 | GENE MONDELLO | PURCHASE OF TRUCK | 1129-000 | $1,000.00 | | $24,270.97 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.41 | $24,235.56 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.87 | $24,200.69 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.98 | $24,164.71 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.93 | $24,128.78 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.56 | $24,095.22 |

Page Subtotals: $24,344.84  $249.62

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 15-22048 | Trustee Name: GREGG SZILAGYI |
| Case Name: NGM Services, Inc. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2898 |
| | Checking |
| Taxpayer ID No: XX-XXX1988 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.82 | $24,059.40 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.62 | $24,024.78 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.72 | $23,989.06 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.52 | $23,954.54 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.62 | $23,918.92 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.56 | $23,883.36 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.36 | $23,849.00 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.46 | $23,813.54 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.26 | $23,779.28 |
| 02/28/17 | 101 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1400<br>Chicago, Illinois  60605<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $3,184.48 | $20,594.80 |

Page Subtotals: $0.00 $3,500.42

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-22048 |
| Case Name: | NGM Services, Inc. |
| Taxpayer ID No: | XX-XXX1988 |
| For Period Ending: | 06/13/2017 |

| Trustee Name: | GREGG SZILAGYI |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX2898 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/17 | 102 | Chicago Painters & Decorators Fringe Benefit Funds<br>C/O Andrew Pigott/Arnold And Kadjan<br>203 N. Lasalle, #1650<br>Chicago, Il 60601<br>Telephone (312) 236-0415 | Final distribution to claim 3 representing a payment of 34.16 % per court order. | 5400-000 | | $20,594.80 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $24,344.84 | $24,344.84 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $24,344.84 | $24,344.84 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $24,344.84 | $24,344.84 |

| | | | |
|---|---|---:|---:|
| UST Form 101-7-TDR (10/1/2010) *(Page: 9)* | Page Subtotals: | $0.00 | $20,594.80 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2898 - Checking | $24,344.84 | $24,344.84 | $0.00 |
|  | $24,344.84 | $24,344.84 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $24,344.84 |
| Total Gross Receipts: | $24,344.84 |

Page Subtotals:                    $0.00           $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*